UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DYLAN FLOWERS

CIIVL ACTION

VERSUS

NO. 25-900-JWD-SDJ

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.

OPINION AND JUDGMENT

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 10, 2026 (Doc. 12), to which no objection was filed,

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 2) is GRANTED, and that this case is REMANDED to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court shall TERMINATE this matter on the docket.

Signed in Baton Rouge, Louisiana, on July 29, 2026.

_____

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

21st JDC-Livingston Parish